KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMMAR ALI KAID, <br><br>     Petitioner, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; NANCY ALCANTAR, Field Director of Detention and Removal of Immigration and Custom Enforcement, <br><br>     Respondents. | No. C 06-1679 JSW <br><br><br><br> STIPULATION OF DISMISSAL and [~~PROPOSED~~] ORDER |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate to dismiss the petition for writ of habeas corpus in the above-entitled proceeding because, on March 27, 2006, the Department of Homeland Security released the petitioner on the Intensive Supervision Appearance Program (ISAP), rendering the petition moot.

    Accordingly, the parties respectfully request that the Court dismiss the petition. The parties will bear their own costs.

Stip. to Dismiss
C06-1679 JSW

| | | |
|---|---|---|
| 1 | Dated: March 28, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney |
| 7 | Dated: March 28, 2006 | _____/s/_____<br>ROBERT L. VOLZ |
| 8 | | Attorney for Petitioner |

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED THAT this case is dismissed. Each party shall bear its own costs.

Dated: March 29, 2006

_____
JEFFREY S. WHITE
United States District Judge

Stip. to Dismiss
C06-1679 JSW